UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TONJA S. STAMPLEY

VERSUS                                          CIVIL ACTION

MICHAEL J. ASTRUE,                              NUMBER 08-461-SCR
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### JUDGMENT

Judgment is hereby rendered in favor of the defendant Michael J. Astrue, Commissioner of Social Security, and against plaintiff Tonja S. Stampley.  Plaintiff's complaint for judicial review of the denial of her claim for Social Security benefits under 42 U.S.C. § 405(g), is dismissed with prejudice.

Baton Rouge, Louisiana, March 5, 2010.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE